UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS and ALLIED TRADES,
A.F.L.-C.I.O.,

                            Petitioner(s),

       -against-

STONE ROOTS,
                         Respondent(s),
-------------------------------------------------------------X

25 civ 9831 (JGK)

**ARBITRATION AWARD
SCHEDULING ORDER**

A petition to confirm an arbitration award has been filed with this Court.

The respondent shall serve and file papers in response to the petition by **January 5, 2026.**

The petitioner shall serve and file any reply papers by **January 26, 2026.**

The petitioner is directed to serve a copy of this order along with the petition on the

respondent.

SO ORDERED.

_____
**JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 1, 2025